IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CV-270-FDW-DCK

OWEN HARTY, Individually,

    Plaintiff,

v.

TARGET CORPORATION, a Minnesota Corporation d/b/a Target Plaza,

    Defendant.

ORDER
GRANTING ADMISSION OF
JOY M. HODGE TO PRACTICE
*PRO HAC VICE*

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Target Corporation for admission *pro hac vice* of Joy M. Hodge, and it appearing to the Court under Local Rule 83.1(D)(1) that Ms. Hodge should be admitted *pro hac vice* as representing Defendant Target Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and that Joy M. Hodge is admitted to practice before this Court *pro hac vice*.

Signed: August 21, 2009

David C. Keesler
United States Magistrate Judge